1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   W. VINNIE LICHVAR
3  Assistant United States Attorney
   Arizona State Bar No. 028112
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: vinnie.lichvar@usdoj.gov
   Attorneys for Plaintiff
7

```
              FILED        ____ LODGED
              RECEIVED     ____ COPY

                 MAY 0 6 2025

         CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
         BY                  DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

8              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ARIZONA
9

10  United States of America,          No.    **CR-25-08067-PCT-DGC (ASB)**

11              Plaintiff,                     **INDICTMENT**

12      vs.                             VIO: 18 U.S.C. §§ 1153 and 1111
                                        (CIR – Second Degree Murder)
13

14  Heber Herman Samm,

               Defendant.
15

16  **THE GRAND JURY CHARGES:**

17       Between on or about April 1, 2025, and on or about April 18, 2025, in the District

18  of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country,

19  the defendant, HEBER HERMAN SAMM, an Indian, with malice aforethought, did

20  unlawfully kill C.S.

21       In violation of Title 18, United States Code, Sections 1153 and 1111.

22

23                              A TRUE BILL

24                              s/
25                              FOREPERSON OF THE GRAND JURY
                                Date: May 6, 2025

26  TIMOTHY COURCHAINE
    United States Attorney
27  District of Arizona

28
    s/
    W. VINNIE LICHVAR
    Assistant U.S. Attorney